UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PERRY SHIAO, | CASE NO. 1:23-cv-02097 |
| Plaintiff, | ORDER |
| | [Resolving Doc. 1-3] |
| v. | |
| CITY OF CLEVELAND, et al., | |
| Defendants. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In this case, Plaintiff Perry Shiao sues Defendants City of Cleveland and Agim Haxhija for an unconstitutional taking and related torts. Shiao originally filed suit in state court, but the City removed this case to federal court.[1] When the City removed this case, Plaintiff Shiao had a motion for a temporary restraining order and motion for preliminary injunction pending in state court.[2] With those motions, Shiao asked the Court to prevent Defendants from demolishing one of his condemned properties.[3]

Shiao filed his motion on September 29, 2023.[4] However, according to the City, Shiao's property had already been demolished on September 7, 2023.[5] As such, it appears that Shiao's requests for preliminary relief are moot. Therefore, the Court **DENIES** Shiao's temporary restraining order and preliminary injunction motions.

IT IS SO ORDERED.

Dated: November 21, 2023
s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 1.
[2] Doc. 1-3 at PageID #: 29–36.
[3] *Id.* at PageID #: 30.
[4] Doc. 1-2.
[5] Doc. 1-3 at PageID #: 54.